IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATASHA NICOLE HODGE,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

No. 1:16-cv-00974-KRS

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for Rehearing, with Supporting Memorandum [Doc. 16] in an opinion and order entered concurrently herewith, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent