# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NATASHA NICOLE HODGE,

    Plaintiff,

v.                                                No. 1:16-cv-00974-KRS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

## ORDER FOR THE AWARD OF ATTORNEY FEES
## PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** comes before the Court upon the parties' Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act ("EAJA") [Doc. No. 29], filed September 18, 2017. The Court, being fully advised in the premises, **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED**, and **Plaintiff is awarded $6,500.00 in attorney fees** pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. The parties further agree that the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE